BTXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

OCT 1 8 2010

TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: RICKY Carl Bush §
§
§ Case No.:
§
§
Debtor(s) §
§

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

☑ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

10-6-10
Date

Signature of Attorney (if applicable)

*Ricky Carl Bush*
Signature of Debtor

Debtor's Social Security *(last four digits only)* /Tax ID No.

Signature of Joint Debtor (if applicable)

Joint Debtor's Social Security *(last four digits only)* /Tax ID No.

In re <u>Ricky Carl Bush</u>  
      Debtor

Case No._____

Chapter_____7_____

## Mailing List

ADT Security  
PO Box 650485  
Dallas, TX 75265-8229

Ahmed Khan  
PO Box 741028  
Dallas, TX 75374

Allegro Acceptance  
851 Traeger Ave. Ste 200  
San Bruno, CA 94066

Allegro Acceptance  
1111 Bayhill Dr Suite 450  
San Bruno CA 94066

Allied Interstate  
PO Box 361474  
Columbus OH 43236-1474

American Coradius International  
2420 Sweet Home Rd. Ste. 150  
Amherst NY 14228-2244

American Gem Society  
800 Walnut St F403004C  
Des Moines, IA 500309

American Home Mortgage  
PO Box 631730  
Irving, TX 75063-1730

America Home Mortgage  
PO Box 905  
Columbia, MD 21044-0905

American Home Mortgage  
PO Box 3050  
Columbia, MD 21045-6050

American Home Mortgage  
3 ADA  
Irvine, CA 92618-2304

Associate Credit Services  
PO Box 9100  
Hopkinton, MA 01748-9100

Bank One, NA  
910 Travis St. Ste 3  
Houston, TX 77002

Baylor Centralized Business  
2001 Bryan St Suite 2600  
Dallas TX 75201-3005

Bay Area Credit  
1901 W. 10th St  
Antioch, CA 94509

Beneficial  
961 N Weigel Ave.  
Elmhurst, IL 60126-1058

Beneficial/House Hold Finance  
PO Box 3425  
Buffalo, NY 14240

Beneficial  
PO Box 60101  
City of Industry, CA 91716

Beneficial National Bank  
PO Box 15518  
Wilmington, DE 19850-5518

Best Buy HSBC  
PO Box 15524  
Wilmington, DE 19850

BMW Financial Services  
PO Box 78103  
Phoenix, AZ 85062-8103

BMW Financial Services  
5515 ParkCenter Circle  
Dublin, OH 43017

BMW Financial Services  
5550 Britton Pkwy  
Hilliard, OH 43026

BMW Bank of North America  
2735 Parleys Way  
Salt Lake City, UT 84109-1663

American Home MTG SVCG
3 ADA
Irvine CA 92618-2304

Associated Credit Services
PO Box 9100
Hopkinton, MA 01748-9100

Capital Management Service
726 Exchange St Suite 700
Buffalo, NY 14210

Capital Management Service
2201 Niagara St
Buffalo, NY 14207

Capital One NA
2730 Liberty Ave
Pittsburgh, PA 15222-4704

Capital One
PO Box 30281
Salt Lake City, UT 84130

Capital One
PO Box 30273
Salt Lake City, UT 84130

Capital One Bank
120 East Shore Dr.
Glen Allen, VA 23059

Capital One NA
15000 Capital One DR
Richmond, VA 23238

CBCINNOVIS
PO Box 1838
Columbus, OH 43216

21st Central Insurance
3 Beaver Valley Rd
Wilmington, DE 19803

Central Texas Radiology
PO Box 2484
Indianapolis, IN 46206

Charles Lostak
221 W Colorado Blvd Suite 940
Dallas, TX 75208

Chase Bank One Bankruptcy
PO Box 15145
Wilmington DE 19850

Broward General EKG
PO Box 55270
Tampa, FL 33655

Capital One Bankruptcy
PO Box 5155
Norcross, GA 30091

Citi Cards Bankruptcy
PO Box 20507
Kansas City, MO 64153

Citicorp Credit Services
PO Box 6142
Sioux Falls, SD 57117

Citicorp Trust Bank
PO Box 9438
Gaithersburg, MD 20898

Citifinancial
3758 S Carrier Pkwy Suite 128
Grand Prairie, TX 75052

Citifinancial
300 Saint Paul PL
Baltimore, MD 21202

Citifinancial
PO Box 499
Hanover, MD 21076

Cingular
PO Box 8229
Dallas, TX 75218

City of Dallas
PO Box 180819
Dallas, TX 75218

City of Desota EMS
PO Box 180819
Dallas, TXX 75218

Citi Cards/Citibank
PO Box 6500
Sioux Falls, SD 57117

Client Services, Inc.
3457 Harry S Truman Blvd
St Charles, MO 63301-4047

Collection Company of America
700 Longwater Dr
Norwell, MA 02061

Chase Bank USA
PO Box 15298
Wilmington, DE 19850

Chase
800 Brooksedge Blvd
Westville, OH 43081

Credit Communications SV
14901 Bogle Dr
Chantilly, VA 20151

Credit Systems Int Inc
1277 Country Club
Fort Worth, TX 76112-2304

Credit Bureau of Delmar VA
530 Riverside Dr
Salisbury, MD 21801

Credit Systems
PO Box 1088
Arlington, TX 76004

Credit Bureau Medical Coll
302 E Church Ave
Killeen, TX 76541

Dallas County Tax Assessor
PO Box 139066
Dallas, TX 75313

Digestive Health Asso of Texas
7929 Brookriver Dr Suite 300
Dallas, TX 75247

Direct TV
2230 E Imperial Hwy
El Segundo, CA 90245

Diversified Adj
600 Coon Rapids BL NW
Minneapolis, MN 55433

Diversified Adjustment Service
PO Box 3145
Fridley, MN 55432

DRS
PO Box 460036
Garland, TX 75494

Edward Sloan and Associates
PO Box 788
Winnsboro, TX 75494

Credit Collections
302 E. Church Ave
Killeen, TX 76541

Credit Plus
31550 Winterplace Pkwy
Salisbury, MD 21804

Firstsource Advantage
PO Box 628
Buffalo, NY 14240

Firstsource Advantage
205 Bryant Woods
Amherst, NY 34226

First Fed Credit Collection
PO Box 693633
Miami, FL 33269

First Revenue Assurance
PO Box 8545
Omaha, NE 68108

First Federal Credit & Collection
5821 Hollywood Blvd
Hollywood, FL 33023

First Revenue Assurance
4500 Cherry Creek Dr Ste 450
Denver, CO 80246

First American Credco
12395 First American Way
Poway, CA 92064

First USA
PO Box 15298
Wilmington, DE 19850

GE Money Bank Baankruptcy
PO Box 103104
Roswell, GA 30076

GEMB Home Design
PO Box 981439
El Paso, TX 79998

Hartford Insurance
1000 Alderman Dr
Alpharetta, GA 30005

Healthcare Recovery Solutions
1515 W 190th Street S-350
Gardena, CA 90248

EOS
700 Longwater Dr
Norwell, MA 02061

Financial Control Services
6801 Sanger Ave Suite 195
Waco, TX 76710

HSBC/Household Finance Corp
PO Box 3425
Buffalo, NY 14240

I C Systems Inc
PO Box 64378
Saint Paul, MN 55164

IRS CIO
PO Box 21126
Philadelphia, PA 19114

Jeffrey D. Hopkins
3450 W. Wheatland Road Suite 425
Dallas, TX 75237

Jewelry Accents/GEMB
PO Box 981439
El Paso, TX 79998

Jon Barry & Associates
216 LePhillip Ct
Concord, NC 28025

Jon Barry & Associates
PO Box 127
Concord, NC 28026

JP Morgan Chase
PO Box 15298
Wilmington, DE 19850

Laboratory Physicians Association
PO Box 740968
Dallas, TX 75374

LCA Collections
PO Box 2240
Burlington, NC 27216

Lease & Rental
45 Haverhill St
Andover, MA 01810

Masterpath Consultants
PO Box 658
Stafford, TX 77497

Household Credit Services
PO Box 98706
Las Vegas, NV 89193

HSBC Bank/Best Buy
PO Box 5253
Carol Stream, IL 60197

Merrick Bank
PO Box 5721
Hicksville, NY 11802

Merrick Bank
PO Box 9201
Old Bethpage, NY 11804

Merrick Bank
10705 Jordan GTW Ste 200
South Jordan, UT 84095

Merrick Bank
PO Box 1500
Draper, UT 84020

Methodist
1441 N Beckley Ave
Dallas, TX 75203

Methodist Health System
4040 N Central Expressway Suite 600
Dallas, TX 75204

Methodist Charlton
3500 W Wheatland
Dallas, TX 75237

National Enterprise Systems
29125 Solon Road
Solon, OH 44139

Nationstar Mortgage
12395 First American Way
Poway, CA 92064

NCO Medclear
PO Box 41448
Philadelphia, PA 19101

NCO Financial Services
507 Prudential Road
Horsham, PA 19044

NCO Credit Services
PO Box 8547
Philadelphia, PA 19101

Medical Edge Health Care
9229 LBJ Fwy Suite 250
Dallas, TX 77497

MedClear Inc
507 Prudential Rd
Horsham, PA 19044

Nelnet
3015 S Parker Rd Suite 400
Aurora, CO 80014

Northland Group
7831 Glenroy Rd Suite 145
Edina, MN 55439

North Shore Agency
270 Spagnoli Road Suite 111
Melville, NY 11747

Parkland Health and Hospital
PO Box 660599
Dallas, TX 75266

Paragon Revenue Group
216 LePhillip Ct
Concord, NC 28025

PBM
PO Box 11J018
Dallas, TX 75246

Portfolio Recovery
PO Box 12914
Norfolk, VA 23541

Portfolio Recovery
120 Corporate Blvd Ste 100
Norfolk, VA 23502

Premium Capital Fund
530 Riverside Dr
Salisbury, MD 21801

R. Anthony Moore
3878 Oak Lawn #630
Dallas, TX 75219

Radiological Consultants
PO Box 740968
Dallas, TX 75374

Rawlings Company LLC
PO Box 2000
LaGrange, KY 44031

Neighborhood Assistance
3607 Washington St
Jamaica Plain, MA 02130

Nelnet
PO Box 5721
Lincoln, NE 68501

Redbird Family Clinic
7929 Brookriver Dr Suite 250
Dallas, TX 75247

Reliant Energy
PO Box 650475
Dallas, TX 75265

Renaissance Hospital
PO Box 11527
Houston, TX 77293

Renaissance Hospital RRS
110 Veterans Blvd
Metairie, LA 70005

Renaissance Hospital HFA
PO Box 6410
Metairie, LA 70009

Security Finance Corporation
PO Box 3146
Spartanburg, SC 29304

Sprint
PO Box 4191
Carol Stream, IL 60197

Southwest Credit
5910 W Plano Parkway Suite 100
Plano, TX 75093

Search America/Parkland
7001 E Fish Lake Rd FL 2
Maple Grove, MN 55311

Southwest General Services
PO Box 180819
Dallas, TX 75218

Southwest Anesthesiology Asso
PO Box 227278
Dallas, TX 75222

Stelian Bodea
PO Box 938
Killeen, TX 76540

Receivable Recovery
2420 Athania Pkwy Ste 202
Metairie, LA 70001

Receivable Recovery
110 Veterans Blvd
Metairie, LA 70005

Tax Lien
411 Elm St
Dallas, TX 75202

Travelers BK & Trust FSB
4050 Regent Blvd
Irving, TX 75063

Travelers
4650 Westway Park
Houston, TX 77041

TXU Energy
200 W John Carpenter Fwy
Irving, TX 75039

Vital Recovery Services
PO Box 923748
Norcross, GA 30010

Waco Cardiology Associates
7125 New Sanger Avenue
Waco, TX 76712

Waco Pathology Associates
PO Box 103
Rockwall, TX 75087

WAMU Card Services
123 Mission St FL 6
San Francisco, CA 94105

Wells Fargo
PO Box 29704
Phoenix, AZ 85038

Wells Fargo
800 Walnut St
Des Moines, IA 50309

Wells Fargo
PO Box 5943
Sioux Falls, SD 57117

Steven Fields
4777 US Hwy 259 N
Longview, TX 75605

Synerprise Consulting Services
2809 Regal Road Suite 107
Plano, TX 75075

Wells Fargo Financial
206 8th Street
Des Moines, IA 50309

Wells Fargo Bank
1250 Montego Way
Walnut Creek, CA 94598

Wells Fargo Financial Cards
PO Box 5445
Portland, OR 97228

Wells Fargo Auto Finance
5201 Amelia Earnhart Dr
Salt Lake City, UT 84116

WF Financial Cards
3201 North 4th Ave
Sioux Falls, SD 57104

WFFNB American Gem
PO Box 94498
Las Vegas, NV 89193

Wells Fargo Financial
3310 N Hayden Rd Suite 107
Scottsdale, AZ 85251

Wells Fargo Auto Loss Recovery
PO Box 30095
Walnut Creek, CA 94598

Wells Fargo Card Services
PO Box 5943
Las Vegas, NV 89193